Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael Danko (State Bar No. 111359)
mdanko@dankolaw.com
Kristine K. Meredith (State Bar No. 158243)
kmeredith@dankolaw.com
**THE DANKO LAW FIRM**
247 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 342-6100
Facsimile: (650) 342-384

*Attorneys for Plaintiff*

FILED
MAY 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO KELLEY,<br><br>Plaintiff,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., and FRESENIUS USA MARKETING, INC.<br><br>Defendants. | Case No. 1:13-CV-00703-AWI-JLT<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL
CASE NO. 1:13-CV-00703-AWI-JLT

1 | NOTICE IS HEREBY GIVEN that pursuant to Fed R.Civ Proc. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 20, 2013

**GIRARD GIBBS LLP**

By: /s/ Eric H. Gibbs
Eric H. Gibbs
Dylan Hughes
Amy M. Zeman
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael Danko
Kristine K. Meredith
**THE DANKO LAW FIRM**
247 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 342-6100
Facsimile: (650) 342-3843

*Attorneys for Plaintiff*

It is so Ordered, Dated: 5-21-13

United States District Judge